MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

204552
nung 12/15/16
KLH

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor: WEB2B Payment Solutions
Chapter 7 Case No. 11-42325

Please Check One:
X  Unclaimed Dividends

__ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Intertransfers Inc.<br>24 SE 2nd Ave Suite 504<br>Miami, FL 33131 | 13 | $100,000.00 | $10,932.49 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: December 7, 2016

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030



{00012199.1 }

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

WEB2B Payment Solutions, Inc.,

        Debtor.

Chapter 7
BKY 11-42325

## TRUSTEE'S REPORT REGARDING FUNDS
## OVER $500 TO BE DEPOSITED IN COURT'S REGISTRY

According to Local Bankruptcy Rule 506(d)(2), Brian F. Leonard, Chapter 7 Trustee in the above referenced matter, is filing this Report along with Form MN-305. The Trustee has been unable to locate the creditor of Intertransfers, Inc. with a distribution entitled to it in the amount of $10,932.49.

The Trustee has made reasonable attempts to locate this creditor by way of the debtor's creditor's matrix, and with mailings to 3 different addresses all being returned by the postal service. Internet searches have also been unsuccessful. Accordingly, funds in the amount of $10,932.49 are being deposited in the Court's Registry as and for dividends belonging to claimant Intertransfers, Inc., filed as claim number 13.

Dated: December 7, 2016

/e/    Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Suite 2500
Minneapolis, MN 55402
612-332-1030

{00532939.1 }