MN-306
(Rev. 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                              Chapter 7
                                         BKY No. 11-42325

WEB2B Payment Solutions, Inc.,           TRUSTEE'S REPORT OF RETURNED
                                         FUNDS AND/OR NEW ESTATE FUNDS
                   Debtor.              AND SUPPLEMENTAL DISTRIBUTION

The undersigned trustee of the estate of the Debtor(s) named above hereby reports:

1. The creditor(s) listed below have returned all or a portion of the distribution they received pursuant to the Trustee's Final Report and Proposed Distribution.

| Claim No. | Claimant | Amount Returned |
|---|---|---|
| 16 | Minnesota Revenue | $401.39 |

2. The trustee has received additional funds not previously reported in the amount of _____ the source was _____. No further compensation and expenses are requested.

3. The returned funds and/or new funds should be distributed in accordance with 11 U.S.C. Section 726 as shown below, or per the exhibit attached hereto.
.

| Claim No. | Claimant | Claim Amount | Previously Paid | Supplemental Dividend |
|---|---|---|---|---|

**See attached Exhibit A**

Dated: December 27, 2016                  /e/ Brian F. Leonard
                                                  Brian F. Leonard, Trustee
                                                  100 S. 5th St., Suite 2500
                                                  Minneapolis, MN 55402

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the foregoing report of supplemental distribution.

Dated: 12/27/16                                 DAN M. MCDERMOTT
                                                UNITED STATES TRUSTEE
                                                Region 12
                                                By: /s/ Tom Kleiner

{000493998}

# Claims Proposed Distribution

## Case: 11-42325   WEB2B PAYMENT SOLUTIONS, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $401.39     **Total Proposed Payment:** $401.39     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Road Ranger, LLC | Unsecured | 107,000.00 | 107,000.00 | 11,697.78 | 95,302.22 | 12.92 | 388.47 |
| 2 | INTEGRA TELECOM | Unsecured | 396.23 | 396.23 | 43.32 | 352.91 | 0.04 | 388.43 |
| 3 | CIT COMMUNICATIONS FINANCE | Unsecured | 18,359.96 | 18,359.96 | 2,007.20 | 16,352.76 | 2.21 | 386.22 |
| 4 -2 | Softgate Systems, Inc. | Unsecured | 38,978.74 | 38,978.74 | 4,261.35 | 34,717.39 | 4.70 | 381.52 |
| | **Claim Memo:** 08/31/2011 Amendment 4-2 imported by LUANN; original claim didn't exist | | | | | | | |
| | ------------------------------------------------------------------------------* * * | | | | | | | |
| 5 | CST Data LLC | Unsecured | 7,798.25 | 7,798.25 | 852.54 | 6,945.71 | 0.94 | 380.58 |
| 6U-2 | Internal Revenue Service | Unsecured | 9,147.95 | 9,147.95 | 1,000.10 | 8,147.85 | 1.10 | 379.48 |
| | **Claim Memo:** 05/09/2016 Amendment 6-2 imported by LUANN; original claim disallowed | | | | | | | |
| | ------------------------------------------------------------------------------* * * | | | | | | | |
| 9 | Svea Mutual Insurance | Unsecured | 330.00 | 330.00 | 36.08 | 293.92 | 0.04 | 379.44 |
| 12 | Northern Finnish Mutual | Unsecured | 1,650.37 | 1,650.37 | 180.43 | 1,469.94 | 0.20 | 379.24 |
| 13 | INTERTRANSFERS INC | Unsecured | 100,000.00 | 100,000.00 | 10,932.49 | 89,067.51 | 12.07 | 367.17 |
| 14 | Ellington Mutual | Unsecured | 151.00 | 151.00 | 16.51 | 134.49 | 0.02 | 367.15 |
| 20 | Cole Camp Mutual | Unsecured | 679.07 | 679.07 | 74.24 | 604.83 | 0.08 | 367.07 |
| 22 | Specialized Environmental Technologies, Inc. | Unsecured | 34,987.29 | 34,987.29 | 3,824.98 | 31,162.31 | 4.22 | 362.85 |
| 23 | HUHTA LAW FIRM PLLC | Unsecured | 11,600.00 | 11,600.00 | 1,268.17 | 10,331.83 | 1.40 | 361.45 |
| 24 | NORTHSTAR FINANCIAL FORMS | Unsecured | 671.98 | 671.98 | 73.46 | 598.52 | 0.08 | 361.37 |
| 26 -2 | North American Banking Company | Unsecured | 557,892.97 | 557,892.97 | 60,991.62 | 496,901.35 | 67.37 | 294.00 |
| | **Claim Memo:** AMENDED CLAIM FILED 7.19.16 | | | | | | | |
| 29U | Rent-A-Center, Inc. | Unsecured | 1,602,243.61 | 2,398,853.61 | 258,145.80 | 2,140,707.81 | 290.21 | 3.79 |
| | **Claim Memo:** ADV. NOTICE SETTLEMENT 1.19.15 DOC 139 | | | | | | | |
| | 3.22.16 EMAIL AGREEMENT TO REDUCE DISTRIBUTION BY $1,139.89 FOR EXPENSES | | | | | | | |
| 30 | Glass America | Unsecured | 15,310.65 | 15,310.65 | 1,673.84 | 13,636.81 | 1.85 | 1.94 |
| 31 | Suretrust | Unsecured | 16,075.76 | 16,075.76 | 1,757.48 | 14,318.28 | 1.94 | 0.00 |

# Claims Proposed Distribution

## Case: 11-42325   WEB2B PAYMENT SOLUTIONS, INC.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $401.39   **Total Proposed Payment:** $401.39   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 11-42325 :** | | **$2,523,273.83** | **$3,319,883.83** | **$358,837.39** | **$2,961,046.44** | **$401.39** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Unsecured Claims :** | $2,523,273.83 | $3,319,883.83 | $358,837.39 | $401.39 | 10.820824% |