MN,ND-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA



Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor: WEB2B Payment Solutions
Chapter 7 Case No. 11-42325

Please Check One:
___ Unclaimed Dividends

_X_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Integra Telecom<br>1201 NE Lloyd Blvd, Suite 500<br>Portland, OR 97232 | 2 | $396.23 | $.04 |
| CIT Communications Finance<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258 | 3 | $18,359.96 | $2.21 |
| Softgate Systems Inc.<br>c/o J Lawver, 100 S 5th Street<br>1400 Fifth Street Towers<br>Minneapolis, MN 55402 | 4-2 | $38,978.74 | $4.70 |
| CST Data LLC<br>10725 John Price Road, Suite A<br>Charlotte, NC 28273 | 5 | $7,798.25 | $.94 |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | 6U-2 | $9,147.95 | $1.10 |
| Svea Mutual Insurance<br>1103 4th Street<br>Orion, IL 61273 | 9 | $330.00 | $.04 |
| Northern Finnish Mutual<br>41396 State Hwy 13<br>Marengo, WI 54855 | 12 | $1,650.37 | $.20 |
| Ellington Mutual<br>310 N Olk Street<br>Hortonville, WI 54944-9422 | 14 | $151.00 | $.02 |
| Cole Camp Mutual<br>206 W Main Street<br>P O Box 157<br>Cole Camp, MO 65325 | 20 | $679.07 | $.08 |

{00012199.1}

| Specialist Environmental Technologies, Inc.<br>4250 Creekview Circle, Ste. 201<br>Minnetrista, MN 55375 | 22 | $34,987.29 | $4.22 |
|---|---|---|---|
| Huhta Law Firm PLLC<br>36 S 9th Street, Ste. 200<br>Minneapolis, MN 55402-3112 | 23 | $11,600.00 | $1.40 |
| Northstar Financial Forms<br>2441 Presidential Parkway<br>Midlothian, TX 76065 | 24 | $671.98 | $.08 |
| Glass America<br>150 North Michigan Avenue<br>Suite 1580<br>Chicago, IL 60601 | 30 | $15,310.65 | $1.85 |
| Suretrust<br>108 Candy Lane<br>Canton, GA 30115 | 31 | $16,075.76 | $1.94 |

= 18.82

DATE: December 27, 2016

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

{00012199.1}